whether there is any merit in the appeal, we decline to grant bail at this time. If counsel, when appointed, finds reason to move for reconsideration of this matter, he may do so.

Before THORNBERRY, GOLDBERG and AINSWORTH, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**BELLA VISTA HOTEL APARTMENTS, INC., Plaintiff-Appellant,**

v.

**FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., et al., Defendants,**

**Blackwell, Walker & Gray, Appellee.**

No. 29206.

United States Court of Appeals, Fifth Circuit.

Dec. 1, 1970.

Melvin T. Boyd, Gerald T. Wetherington, Miami, Fla., for appellant.

George J. Baya, Miami, Fla., for Fidelity & Guaranty Ins. Underwriters.

Blackwell, Walker & Gray, Samuel J. Powers, Jr., James E. Tribble, Miami, Fla., for appellee.

**Walter THOMAS, Jr., Petitioner-Appellant,**

v.

**James E. DECKER, Sheriff, Dallas County, Texas, Respondent-Appellee.**

No. 29718
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 12, 1970.

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

* ▇ Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 409 F.2d 431, Part I.